# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3076
_____

ACE AMERICAN INSURANCE
COMPANY,

    Appellant,

    v.

SHAWN LYNCH,

    Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Andrew J. Decker, III, Judge.

October 16, 2018

PER CURIAM.

Appellee's motion to dismiss filed July 26, 2018, is granted and the appeal is hereby dismissed.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

L. Johnson Sarber, III, of Carr Allison, Jacksonville, for Appellant.

George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison; Stephen A. Smith, Lake City; and Duane E. Thomas, Lake City, for Appellee.